IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

ANGELA HOOD                                                                                  PLAINTIFF

VS.                              CASE NO. 3:04CV00102 HLJ

JO ANNE B. BARNHART,
Commissioner, Social
Security Administration                                                            DEFENDANT

## JUDGMENT

Pursuant to the Memorandum and Order entered in this case on this date, IT IS CONSIDERED, ORDERED and ADJUDGED that the Commissioner's decision is reversed and remanded for further proceedings.

SO ADJUDGED this 13th day of July, 2005.

_____
UNITED STATES MAGISTRATE JUDGE